1 | Marc Smith, Esq. (SBN #72717)
    Email: marc@kranesmith.com
2 | Ralph C. Loeb (SBN #124733)
    Email: ralph@kranesmith.com
3 | **KRANE & SMITH**
    16255 Ventura Boulevard, Suite 600
4 | Encino, California 91436-2302

5 | Telephone: (818) 382-4000
    Facsimile: (818) 382-4001

Attorneys for Plaintiff Netropa Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETROPA CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TELECOMMUNICATION SYSTEMS, INC., a Maryland corporation, NETWORKS IN MOTION, INC., a Delaware corporation, GLOBALLOGIC, INC., a Delaware corporation, HORIS, LTD., a Russian corporation, and DOES 1-10,<br><br>Defendants. | CASE NO.: CV12-4927-DDP (RZx)<br><br>[Assigned to the Honorable Dean P. Pregerson]<br><br>**NOTICE OF CONDITIONAL SETTLEMENT OF ALL CLAIMS AGAINST DEFENDANTS TELECOMMUNICATION SYSTEMS, INC., NETWORKS IN MOTION, INC. AND GLOBALLOGIC, INC.**<br><br>COMPLAINT FILED: June 5, 2012<br>TRIAL DATE: October 15, 2013 |

Z:\NETROPA CORPORATION\PLEADINGS\NOT_OF_STTLMNT1.wpd      1

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff NETROPA CORPORATION and Defendants TELECOMMUNICATION SYSTEMS, INC., NETWORKS IN MOTION, INC. and GLOBALLOGIC, INC. have reached a settlement agreement in principle, conditioned upon memorializing and executing a formal confidential settlement agreement. The parties anticipate memorializing, circulating and executing the formal confidential settlement agreement by July 19, 2013.

DATED: July 11, 2013                    KRANE & SMITH, APC

By: _____
RALPH C. LOEB
Attorneys for Plaintiff NETROPA CORPORATION

Z:\NETROPA CORPORATION\PLEADINGS\NOT_OF_STTLMNT1.wpd      2

NOTICE OF CONDITIONAL SETTLEMENT OF ALL CLAIMS AGAINST DEFENDANTS TELECOMMUNICATION SYSTEMS, INC., NETWORKS IN MOTION, INC. AND GLOBALLOGIC, INC.

**PROOF OF SERVICE**

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES.

    I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 16255 Ventura Boulevard, Suite 600, Encino, California 91436-2302.

    On JULY 11, 2013, I caused the foregoing document described as:
**NOTICE OF CONDITIONAL SETTLEMENT OF ALL CLAIMS AGAINST DEFENDANTS TELECOMMUNICATION SYSTEMS, INC., NETWORKS IN MOTION, INC. AND GLOBALLOGIC, INC.**
on interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed to the parties as follows:

| | |
|---|---|
| Edward A. Pennington<br>Stephanie D. Scruggs<br>SiddheshV. Pandit<br>SMITH, GAMBRELL & RUSSELL, LLP<br>1055 Thomas Jefferson Street, N.W.<br>Suite 400<br>Washington, D.C. 20007<br><br>Tel: 202-263-4301<br>Fax: 202-263-4348<br><br>Email:<br>Ed Pennington: epennington@sgrlaw.com<br>Stephanie Scruggs: sscruggs@sgrlaw.com<br>Sid Pandit: spandit@sgrlaw.com | Attorney for Defendants TELECOMMUNICATION SYSTEMS, INC., GLOBALLOGIC, INC. and NETWORKS IN MOTION, INC. |
| Alan K. Steinbecher<br>Douglas R. Painter<br>STEINBRECHER & SPAN, LLP<br>445 S. Figueroa Street<br>Suite 2230<br>Los Angeles, CA 90071<br><br>Tel: 213-891-1400<br>Fax: 213-891-1470 | Local Counsel for Defendants TELECOMMUNICATION SYSTEMS, INC., GLOBALLOGIC, INC. and NETWORKS IN MOTION, INC. |

__ **BY MAIL**
    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S.

Z:\NETROPA CORPORATION\PLEADINGS\NOT_OF_STTLMNT1.wpd     3

NOTICE OF CONDITIONAL SETTLEMENT OF ALL CLAIMS AGAINST DEFENDANTS
TELECOMMUNICATION SYSTEMS, INC., NETWORKS IN MOTION, INC. AND GLOBALLOGIC, INC.

1  Postal Service on that same day with postage thereon fully prepared at Encino, California, in the ordinary course of business. I am aware that on motion of the party
2  served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
3
   __X__ **BY EMAIL TRANSMISSION:** I caused the foregoing to be sent by email to
4  the above email addresses.

5
   ____ **PERSONAL SERVICE** I caused to be delivered such envelope by hand to the
6  offices of the addressee listed above.

7  ____ **BY FACSIMILE TRANSMISSION**: I caused the foregoing document without Exhibits to be transmitted to the interested parties herein to the facsimile numbers
8  listed above, with a confirmation report thereof being duly received.

9  __XX__ (State)I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

10    Executed on JULY 11, 2013, at Encino, California.

11

12                                        DESIREE LB ZACHARY

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  Z:\NETROPA CORPORATION\PLEADINGS\NOT_OF_STTLMNT1.wpd          4

28       NOTICE OF CONDITIONAL SETTLEMENT OF ALL CLAIMS AGAINST DEFENDANTS
         TELECOMMUNICATION SYSTEMS, INC., NETWORKS IN MOTION, INC. AND GLOBALLOGIC, INC.